JUDGE KAREN L. STROMBOM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TERRY WELLS and DANA WELLS, individually and as Natural Guardians and Next Friends of E.A. WELLS, their minor child,<br><br>                         Plaintiffs,<br><br>         vs.<br><br>THYSSENKRUPP ELEVATOR CORPORATION, THYSSENKRUPP ELEVATOR MANUFACTURING, INC., HARBORSIDE INN, DON D. ROBERTS, GALE STUDER, SCOTT STUDER, LYNN STUDER,<br>L. GEHRKE, and P. GEHRKE,<br><br>                         Defendants. | NO.  C05-5725 KLS<br><br>JOINT PROTECTIVE ORDER RE CONFIDENTIAL DOCUMENTS CONCERNING MINOR CHILD |

The parties, by their undersigned counsel, stipulate as follows:

1.     In response to the requirement for initial disclosures and in response to requests for production issued by the parties to plaintiffs, the plaintiffs will be producing documents concerning the minor child, E.A. Wells ("minor child").  Some of these documents may contain sensitive, personal, medical and educational information which, if generally available, would do

JOINT PROTECTIVE ORDER RE
CONFIDENTIAL DOCUMENTS- 1
*WELLS/WCS/1455.019*

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

damage to the minor child. These documents will be provided to each party to this lawsuit with a red stamp declaring them confidential.

2. The parties and their undersigned counsel agree that documents produced by plaintiff in discovery and stamped confidential shall be treated as confidential, as further described herein.

3. The parties agree that the documents produced as described in paragraph 1, including the contents thereof, shall be used only for purposes of preparing the above-referenced litigation for trial.

4. Further, to the extent that depositions of persons involve a specific discussion of the contents (as opposed to the existence) of confidential documents, then those portions of the depositions should also be treated as confidential, as further described herein.

5. The parties agree that the confidential documents, including the contents thereof, shall not be disseminated to anyone other than:

   A. The parties, their insurers and the parties' attorneys in this litigation, including their partners, associates, secretaries, paralegal assistants, and other employees who may be assisting in the litigation of said litigation;

   B. Experts retained for the purpose of consulting or testifying in this litigation;

   C. Court officials involved in this litigation, including court reporters and persons operating video recording equipment at depositions, as may be required for purposes of attaching exhibits to depositions; and

   D. Jurors and other third persons present during any court proceeding; provided that during such proceedings, a party intending to offer information covered by this protective order will first notify the affected party in sufficient time to allow the

JOINT PROTECTIVE ORDER RE
CONFIDENTIAL DOCUMENTS- 2

WELLS/WCS/1455.019

**WILSON SMITH COCHRAN DICKERSON**
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

affected party an opportunity to remove the plaintiffs' minor child A.E. Wells (hereinafter "the minor child") from the courtroom during presentation of the information, and to allow the affected party the opportunity to request that the court consider removing from the courtroom any third person who's presence is not necessary for the outcome of that proceeding.

6.  To the extent that confidential documents are attached to transcripts of depositions, or to pleadings to be filed with the court, then the confidential documents will be filed under seal, not to be disclosed to the minor child or to the public absent specific order from the court.

7.  The parties and their undersigned counsel agree to provide a copy of this Stipulation and Protective Order to any expert who is to be provided with a copy of the confidential documents, and to require that such expert maintain the confidentiality of such documents.  Such experts will be required to sign a copy of this Stipulation and Protective Order, signifying agreement to its provisions and consenting to the jurisdiction of the court over his or her person for purposes of enforcing the terms of this Stipulation and Protective Order.

8.  All expert witnesses who receive the documents described in paragraph 1 shall keep the information confidential, use the documents only for this litigation, and shall not disclose such information to the minor child or to any third person without written consent from the producing party or its attorney.  At the conclusion of the expert's services in this litigation, all copies of the confidential documents shall be returned to plaintiff's counsel.

JOINT PROTECTIVE ORDER RE
CONFIDENTIAL DOCUMENTS- 3

*WELLS/WCS/1455.019*

**WILSON SMITH COCHRAN DICKERSON**
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

9. Neither counsel, employees of the law firms involved in the litigation, the defendants' insurers, nor experts retained for purposes of consulting or testifying shall disseminate the confidential documents or the contents thereof to the minor child or to any third person, whether by oral description or by writing, or by any other means, outside the group of persons listed in paragraph 5.

10. At the conclusion of this litigation, all parties and those persons identified in paragraph 5 (other than court personnel) shall return all documents identified in paragraph 1 to plaintiffs' attorney, or destroy the documents at the request of plaintiffs' counsel.

11. The parties, all counsel, and all other persons signing this Stipulation and Protective Order agree to submit to the jurisdiction of the court for purposes of enforcing the Stipulation and Order.

12. Nothing in this Stipulation and Order shall preclude reconsideration by the Court of any of the terms of the Order upon the Court's own motion after notice to the parties and an opportunity to be heard, or upon written application by a party, with notice to the other parties, and for good cause shown.

13. The parties, all counsel, and all other persons signing this Stipulation and Protective Order who receive copies of the minor child's medical records, medical history, mental health records, counseling records, or educational records by stipulation, subpoena, or method other than production

JOINT PROTECTIVE ORDER RE
CONFIDENTIAL DOCUMENTS- 4

*WELLS/WCS/1455.019*

**WILSON SMITH COCHRAN DICKERSON**
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

by plaintiffs' counsel shall mark and treat all such documents as confidential in accordance with this Stipulation and Order.

Dated this _____ day of _____, 2006.

WILSON SMITH COCHRAN & DICKERSON

By_____
     Whiney Smith
     WSBA # 21159
Attorneys For Defendants ThyssenKrupp Elevator Manufacturing, Inc. and ThyssenKrupp Elevator Corporation

MACDONALD HOAGUE & BAYLESS

By_____
     Jay Brown
     WSBA # 19835
Attorneys For Plaintiffs

FALLON & McKINLEY

By_____
     Nancy McKinley
     WSBA #7992
Attorneys For Defendants Harborside Inn, Roberts Studer and Gehrke

<u>ORDER</u>

JOINT PROTECTIVE ORDER RE
CONFIDENTIAL DOCUMENTS- 5

WELLS/WCS/1455.019

**WILSON SMITH COCHRAN DICKERSON**
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

The foregoing stipulation of counsel shall control the production, dissemination and use of all documents produced in discovery as described in paragraph 1 of the stipulation.

DATED this 16th day of October, 2006.

*(signature)*
Karen L. Strombom
United States Magistrate Judge

Presented By:

WILSON SMITH COCHRAN & DICKERSON

By   (original signed)
    Whiney Smith
    WSBA # 21159
Attorneys For Defendants ThyssenKrupp Elevator Manufacturing, Inc. and ThyssenKrupp Elevator Corporation

MACDONALD HOAGUE & BAYLESS

By   (original signed)
    Jay Brown
    WSBA # 19835
Attorneys For Plaintiffs

FALLON & McKINLEY

JOINT PROTECTIVE ORDER RE
CONFIDENTIAL DOCUMENTS- 6

WELLS/WCS/1455.019

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

1
2   By___(original signed)__
3        Nancy McKinley
         WSBA #7992
4   Attorneys For Defendants Harborside Inn, Roberts
    Studer and Gehrke
5

JOINT PROTECTIVE ORDER RE
CONFIDENTIAL DOCUMENTS- 7

*WELLS/WCS/1455.019*

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273