Hon. Karen L. Strombom

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

TERRY WELLS and DANA WELLS, individually and as Natural Guardians and Next Friends of E.A. WELLS, their minor child,

    Plaintiffs,

v.

THYSSENKRUPP ELEVATOR CORPORATION, THYSSENKRUPP ELEVATOR MANUFACTURING, INC., HARBORSIDE INN, DON D. ROBERTS, GALE STUDER, SCOTT STUDER, LYNN STUDER, L. GEHRKE, and P. GEHRKE,

    Defendants.

NO. C05-5725 KLS

STIPULATED VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT THYSSENKRUPP ELEVATOR MANUFACTURING, INC.

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATED VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF THYSSENKRUPP ELEVATOR MFG., INC. - 1
No. C05-5725 KLS

8000.1\...\wells\p\dismiss TK Mfg stipulation

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

THE PARTIES HERETO, by and through their respective counsel of record and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate that Defendant Thyssenkrupp Elevator Manufacturing, Inc., may be dismissed from this action without prejudice, each party to bear its own attorney fees and costs.

DATED <u>May 18, 2007</u>.

MacDONALD HOAGUE & BAYLESS

By <u>(original signed )</u>
   Timothy K. Ford, WSBN 5986
   Jay S. Brown, WSBN 19835
   Attorneys for Plaintiffs

| WILSON SMITH COCHRAN & DICKERSON | FALLON & McKINLEY |
|---|---|
| By <u>   (original signed)   </u><br>   Dennis Smith, WSBN 5822<br>   Whitney Smith, WSBN 21159<br>   Attorneys for Defendant ThyssenKrupp<br>   Elevator Manufacturing, Inc. | By <u>   (original signed)   </u><br>   Nancy McKinley, WSBN 7992<br>   Dirk Muse, WSBN 28911<br>   Attorneys for Defendants ThyssenKrupp<br>   Elevator Corporation, Harborside Inn,<br>   Roberts, Studer, and Gehrke |

## ORDER

It is so ordered.

DONE this 21st day of May, 2007.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

STIPULATED VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF
THYSSENKRUPP ELEVATOR MFG., INC. - 2
No. C05-5725 KLS
8000.1\...\wells\p\dismiss TK Mfg stipulation

MacDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

## PROOF OF SERVICE

I hereby declare under penalty of perjury that on May 18, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

<u>Attorneys for Defendant ThyssenKrupp Elevator Manufacturing, Inc.:</u>

Whitney L. Smith	smithw@wscd.com
Dennis Smith	smithd@wscd.com
Wilson Smith Cochran Dickerson
1700 Financial Center
1215 Fourth Avenue
Seattle, Washington  98161-1007
206-623-4100

<u>Attorneys for Defendants Thyssenkrupp Elevator Corp., Harborside Inn, Roberts, Studer, and Gehrke:</u>

Nancy T. McKinley	nmckinley@fallonmckinley.com
Fallon & McKinley
1111 Third Avenue, Suite 2400
Seattle, Washington  98101
206-682-7580

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.  Executed in Seattle, Washington, on May 18, 2007.

Mary E. Klein, Legal Assistant

STIPULATED VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF THYSSENKRUPP ELEVATOR MFG., INC. - 3
No. C05-5725 KLS
8000.1\...\wells\p\dismiss TK Mfg stipulation

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961