UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TERRY WELLS and DANA WELLS, Individually and as Natural Guardians and Next Friends of EDEN WELLS, their minor child, | |
| Plaintiffs, | NO: C05-5725 KLS |
| vs. | |
| THYSSENKRUPP ELEVATOR CORPORATION, THYSSENKRUPP ELEVATOR MANUFACTURING, INC., HARBORSIDE INN, DON D. ROBERTS, GALE STUDER, SCOTT STUDER, LYNN STUDER, L. GEHRKE and P. GEHRKE, | ORDER APPOINTING INDEPENDENT GUARDIAN AD LITEM |
| Defendants. | |

Based upon the foregoing Stipulation and Declaration of Jo-Hanna Read in support thereof, the Court orders as follows:

1.  Jo-Hanna Read is a person found by the Court to be a suitable, disinterested person having the requisite knowledge, training and expertise to perform the duties of Independent Guardian ad Litem as required by CR 17(c), and is hereby appointed to represent the interests of the named minor plaintiff;

ORDER APPOINTING
INDEPENDENT GUARDIAN AD LITEM - 1
NO. C05-5725 KLS

2.The Independent Guardian ad Litem is authorized to review any proposed settlement of the minor plaintiff's claims, and report to the Court whether the proposed settlement amount for the minor is adequate.

DATED this 7th day of August, 2007.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

Presented by:

MacDONALD HOAGUE & BAYLESS

By /s/ Jay S. Brown
Timothy K. Ford, WSBA #5986
Jay S. Brown, WSBA #19835
Attorneys for Plaintiffs

ORDER APPOINTING
INDEPENDENT GUARDIAN AD LITEM - 2
NO. C05-5725 KLS