Hon. Karen L. Strombom

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

TERRY WELLS and DANA WELLS, individually and as Natural Guardians and Next Friends of E.A. WELLS, their minor child,

    Plaintiffs,

        v.

THYSSENKRUPP ELEVATOR CORPORATION, THYSSENKRUPP ELEVATOR MANUFACTURING, INC., HARBORSIDE INN, DON D. ROBERTS, GALE STUDER, SCOTT STUDER, LYNN STUDER, L. GEHRKE, and P. GEHRKE,

    Defendants.

No. C05-5725 KLS

ORDER APPOINTING GUARDIAN *AD LITEM*

By stipulation of the parties, it is hereby ordered that JoHanna Read, a member of the Bar of this Court who has previously been appointed settlement guardian *ad litem* in this case, be

/ / /

/ / /

ORDER APPOINTING GUARDIAN *AD LITEM* - 1

8000.1\...\wells\pldgs\GAL prop'd order

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

appointed guardian *ad litem* and given power to make trial decisions on behalf of the minor E.A. Wells.

DONE IN OPEN COURT this 9th day of October, 2007.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

Presented by:

MacDONALD HOAGUE & BAYLESS

By_____
    Timothy K. Ford, WSBN 5986
    Jay S. Brown, WSBN 19835
    Attorneys for Plaintiffs

Approved for entry:

FALLON & McKINLEY

By_____
    Nancy McKinley, WSBN 7992
    Dirk Muse, WSBN 28911
    Attorneys for Defendants

ORDER APPOINTING GUARDIAN *AD LITEM* - 2
8000.1\...\wells\pldgs\GAL prop'd order

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961